1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7065
7     FAX: (415) 436-7234

8  Attorneys for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR 3-05-70327-EDL
                                     )
15         Plaintiff,                )   [PROPOSED] ORDER EXCLUDING
                                     )   TIME UNDER THE SPEEDY TRIAL ACT
16     v.                            )
                                     )
17  THOMAS KEITH CASEBEER,           )
                                     )
18         Defendant.                )
                                     )
19  _____ )

20         This matter came on the calendar of the Elizabeth D. Laporte on May 26, 2005 for

21  identification of counsel and to set a removal hearing.  Edward Swanson, Esq., made a general

22  appearance on behalf of the defendant.  The Court continued the matter until June 16, 2005 at

23  9:30 a.m. before the Honorable Maria Elena James for further status and to set a removal hearing.

24         The parties requested an exclusion of time under the Speedy Trial Act from May 26

25  through June 16, 2005 on two bases.  First, counsel for the defendant, Edward Swanson, Esq.,

26  will need time to review discovery which has not yet been provided from the District of Guam.

27  Second, time is excludable based upon delay resulting from the transfer of a case or the removal

28

   No. CR 3-05-70327-EDL
   [PROPOSED] ORDER EXCLUDING TIME
   UNDER THE SPEEDY TRIAL ACT

1  of a defendant from another district. <u>See</u> 18 U.S.C. § 3161(h)(1)(G). The parties agree that the

2  time from May 26 through June 16, 2005 should be excluded in computing the time within which

3  trial shall commence.

4        Accordingly, the Court HEREBY ORDERS that the time from May 26 through June 16,

5  2005 is excluded under the Speedy Trial Act as delay resulting from the transfer of a case or the

6  removal of a defendant from another district. <u>See</u> 18 U.S.C. § 3161(h)(1)(G). Additionally, the

7  Court HEREBY ORDERS that the time from May 26 through June 16, 2005 is excluded under

8  the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the failure to grant the requested

9  exclusion would deny the defendant reasonable time necessary for effective preparation, taking

10  into account the exercise of due diligence. <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds

11  that the ends of justice served by granting the requested exclusion outweigh the best interest of

12  the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

13  <u>See</u> 18 U.S.C. § 3161(h)(8)(A). The Court therefore concludes that this exclusion of time should

14  be made under 18 U.S.C. § 3161(h)(8)(A).

15  SO ORDERED.

16

17  DATED: June 7, 2005

        HONORABLE ELIZABETH D. LAPORTE

18          UNITED STATES ~~DISTRICT~~ JUDGE

            MAGISTRATE

19

20  Approved as to form:

21

22  See fax signature

    EDWARD SWANSON

23  Attorney for Defendant

24

25  MONICA FERNANDEZ

    Assistant United States Attorney

26

27

28

1   of a defendant from another district. <u>See</u> 18 U.S.C. § 3161(h)(1)(G). The parties agree that the

2   time from May 26 through June 16, 2005 should be excluded in computing the time within which

3   trial shall commence.

4            Accordingly, the Court HEREBY ORDERS that the time from May 26 through June 16,

5   2005 is excluded under the Speedy Trial Act as delay resulting from the transfer of a case or the

6   removal of a defendant from another district. <u>See</u> 18 U.S.C. § 3161(h)(1)(G). Additionally, the

7   Court HEREBY ORDERS that the time from May 26 through June 16, 2005 is excluded under

8   the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the failure to grant the requested

9   exclusion would deny the defendant reasonable time necessary for effective preparation, taking

10  into account the exercise of due diligence. <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds

11  that the ends of justice served by granting the requested exclusion outweigh the best interest of

12  the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

13  <u>See</u> 18 U.S.C. § 3161(h)(8)(A). The Court therefore concludes that this exclusion of time should

14  be made under 18 U.S.C. § 3161(h)(8)(A).

15  SO ORDERED.

16

17  DATED:

                                        HONORABLE ELIZABETH D. LAPORTE
18                                      UNITED STATES ~~DISTRICT~~ JUDGE
                                                    MAGISTRATE
19

20  Approved as to form:

21

22

    EDWARD SWANSON
23  Attorney for Defendant

24

25  MONICA FERNANDEZ
    Assistant United States Attorney
26

27

28

    No. CR 3-05-70327-EDL
    [PROPOSED] ORDER EXCLUDING TIME
    UNDER THE SPEEDY TRIAL ACT                     2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that she caused a copy of the **ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** in United States v. Thomas Keith Casebeer, Case No. CR 3-05-70327 EDL  to be served  upon the person(s) below at the place and address(es) which is the last known address:

### Via U. S. Mail

**Edward Swanson, Esquire**
**Swanson and McNamara, LLP**
**300 Montgomery Street, Suite 1100**
**San Francisco, California 94104**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 8, 2005 at San Francisco, California.

*Nancy L. Dick*

Nancy L. Dick
Legal Assistant

CR 3-05-70327 EDL