1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7065
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,         )   No. CR 3-05-70327-EDL
                                     )
15         Plaintiff,                )   [PROPOSED] ORDER EXCLUDING
                                     )   TIME UNDER THE SPEEDY TRIAL ACT
16      v.                           )
                                     )
17 THOMAS KEITH CASEBEER,            )
                                     )
18         Defendant.                )
                                     )
19 _____)

20      This matter came on the calendar of the Honorable Nandor J. Vadas on June 29, 2005 for

21 status. The Court continued the matter until July 20, 2005 at 9:30 a.m. for further status and to

22 set a removal hearing.

23      The parties requested an exclusion of time under the Speedy Trial Act from June 29

24 through July 20, 2005 on two bases. First, counsel for the defendant, Edward Swanson, Esq.,

25 will need time to review discovery which has not yet been provided from the District of Guam.

26 Second, time is excludable based upon delay resulting from the transfer of a case or the removal

27 of a defendant from another district. See 18 U.S.C. § 3161(h)(1)(G). The parties agree that the

28
   No. CR 3-05-70327-EDL
   [PROPOSED] ORDER EXCLUDING TIME
   UNDER THE SPEEDY TRIAL ACT

FILED
05 JUL -5 PM 1:37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

time from June 29 through July 20, 2005 should be excluded in computing the time within which trial shall commence.

Accordingly, the Court HEREBY ORDERS that the time from June 29 through July 20, 2005 is excluded under the Speedy Trial Act as delay resulting from the transfer of a case or the removal of a defendant from another district. See 18 U.S.C. § 3161(h)(1)(G). Additionally, the Court HEREBY ORDERS that the time from June 29 through July 20, 2005 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the failure to grant the requested exclusion would deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A). The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: 6-30-05

_____
HONORABLE NANDOR J. VADAS
UNITED STATES DISTRICT JUDGE

MARIA-ELENA JAMES

Approved as to form:

_____
EDWARD SWANSON
Attorney for Defendant

_____
MONICA FERNANDEZ
Assistant United States Attorney

No. CR 3-05-70327-EDL
[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT                2