1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7065
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,        )   No. CR 3-05-70327-EDL
                                    )
15        Plaintiff,                )   [~~PROPOSED~~] ORDER EXCLUDING
                                    )   TIME UNDER THE SPEEDY TRIAL ACT
16    v.                            )
                                    )
17 THOMAS KEITH CASEBEER,           )
                                    )
18        Defendant.                )
                                    )
19 _____  )

20        This matter came on the calendar of the Honorable Nandor J. Vadas on July 20, 2005 for

21 status. The Court continued the matter until September 6, 2005 at 9:30 a.m. for further status and

22 to set a removal hearing or for disposition under Rule 20.

23        The parties requested an exclusion of time under the Speedy Trial Act from July 20

24 through September 6, 2005 on two bases. First, counsel for the defendant, Edward Swanson,

25 Esq., will need time to review additional discovery which has not yet been provided from the

26 District of Guam. Second, time is excludable based upon delay resulting from the transfer of a

27 case or the removal of a defendant from another district. See 18 U.S.C. § 3161(h)(1)(G). The

28

No. CR 3-05-70327-EDL
[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT

1  parties agree that the time from July 20 through September 6, 2005 should be excluded in
2  computing the time within which trial shall commence.
3      Accordingly, the Court HEREBY ORDERS that the time from July 20 through
4  September 6, 2005 is excluded under the Speedy Trial Act as delay resulting from the transfer of
5  a case or the removal of a defendant from another district. See 18 U.S.C. § 3161(h)(1)(G).
6  Additionally, the Court HEREBY ORDERS that the time from July 20 through September 6,
7  2005 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the failure
8  to grant the requested exclusion would deny the defendant reasonable time necessary for
9  effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §
10 3161(h)(8)(B)(iv). The Court finds that the ends of justice served by granting the requested
11 exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the
12 prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A). The Court therefore
13 concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).
14 SO ORDERED.

16 DATED:

                            HONORABLE NANDOR J. VADAS
17                             UNITED STATES DISTRICT JUDGE

19 Approved as to form:

21 *See fax signature*
   EDWARD SWANSON
22 Attorney for Defendant

23 *[signature]*
24 MONICA FERNANDEZ
   Assistant United States Attorney

No. CR 3-05-70327-EDL
[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT        2

1 | parties agree that the time from July 20 through September 6, 2005 should be excluded in
2 | computing the time within which trial shall commence.
3 |     Accordingly, the Court HEREBY ORDERS that the time from July 20 through
4 | September 6, 2005 is excluded under the Speedy Trial Act as delay resulting from the transfer of
5 | a case or the removal of a defendant from another district. See 18 U.S.C. § 3161(h)(1)(G).
6 | Additionally, the Court HEREBY ORDERS that the time from July 20 through September 6,
7 | 2005 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the failure
8 | to grant the requested exclusion would deny the defendant reasonable time necessary for
9 | effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §
10 | 3161(h)(8)(B)(iv). The Court finds that the ends of justice served by granting the requested
11 | exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the
12 | prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A). The Court therefore
13 | concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).
14 | SO ORDERED.
15 |
16 | DATED: 8/2/05
17 |                                 HONORABLE ~~NANDOR J. VADAS~~ EDWARD
18 |                                 UNITED STATES DISTRICT JUDGE M. CHEN
19 | Approved as to form:
20 |
21 |
22 | EDWARD SWANSON
    Attorney for Defendant
23 |
24 | MONICA FERNANDEZ
    Assistant United States Attorney
25 |
26 |
27 |
28 |

No. CR 3-05-70327-EDL
(PROPOSED) ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT     2