1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7065
7      FAX: (415) 436-7234

8  Attorneys for Plaintiff

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. CR 3-05-70327-EDL
                                     )
15        Plaintiff,                 )   [PROPOSED] ORDER EXCLUDING
                                     )   TIME UNDER THE SPEEDY TRIAL ACT
16     v.                            )
                                     )
17  THOMAS KEITH CASEBEER,           )
                                     )
18        Defendant.                 )
                                     )
19  _____  )

20      This matter came on the calendar of the Honorable Nandor J. Vadas on October 4, 2005

21  for status. The Court continued the matter until November 4, 2005 at 9:30 a.m. for further status

22  and to set a removal hearing or for disposition under Rule 20.

23      The parties requested an exclusion of time under the Speedy Trial Act from October 4

24  through November 4, 2005 as delay resulting from the transfer of a case or the removal of a

25  defendant from another district. See 18 U.S.C. § 3161(h)(1)(G). The parties agree that the time

26  from October 4 through November 4, 2005 should be excluded in computing the time within

27  which trial shall commence.

28

No. CR 3-05-70327-EDL
[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT

1  Accordingly, the Court HEREBY ORDERS that the time from October 4 through
2  November 4, 2005 is excluded under the Speedy Trial Act as delay resulting from the transfer of
3  a case or the removal of a defendant from another district. See 18 U.S.C. § 3161(h)(1)(G). SO
4  ORDERED.

DATED: 10/24/05

_____
HONORABLE NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

/s/ Edward Swanson
EDWARD SWANSON
Attorney for Defendant

/s/ Monica Fernandez
MONICA FERNANDEZ
Assistant United States Attorney