KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7065
    FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3-05-70327-EDL |
| Plaintiff, | [~~PROPOSED~~] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| THOMAS KEITH CASEBEER, | |
| Defendant. | |

    This matter came on the calendar of the Honorable Elizabeth D. Laporte on December 5, 2005 for status. The Court continued the matter until January 30, 2006 at 9:30 a.m. for further status on the Rule 20 disposition the parties are pursuing.

    The parties requested an exclusion of time under the Speedy Trial Act from December 5, 2005 through January 30, 2006 as delay resulting from the transfer of a case or the removal of a defendant from another district. See 18 U.S.C. § 3161(h)(1)(G). The parties agree that the time from December 5, 2005 through January 30, 2006 should be excluded in computing the time within which trial shall commence.

No. CR 3-05-70327-EDL
[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT

Accordingly, the Court HEREBY ORDERS that the time from December 5, 2005 through January 30, 2006 is excluded under the Speedy Trial Act as delay resulting from the transfer of a case or the removal of a defendant from another district. See 18 U.S.C. § 3161(h)(1)(G).

SO ORDERED.

DATED: December 14, 2005

GRANTED
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte

_____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

 /s/ Edward Swanson
EDWARD SWANSON
Attorney for Defendant

 /s/ Monica Fernandez
MONICA FERNANDEZ
Assistant United States Attorney

No. CR 3-05-70327-EDL
[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT        2