1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7065
7     FAX: (415) 436-7234

8  Attorneys for Plaintiff

9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,           )   No. CR 3-05-70327-EDL
                                       )
15        Plaintiff,                   )   [PROPOSED] ORDER EXCLUDING
                                       )   TIME UNDER THE SPEEDY TRIAL ACT
16     v.                              )
                                       )
17 THOMAS KEITH CASEBEER,              )
                                       )
18        Defendant.                   )
                                       )
19 _____)

20        This matter came on the calendar of the Honorable Maria-Elena James on February 14,

21 2006 for status.  The Court continued the matter until April 7, 2006 at 9:30 a.m. for further status

22 and/or arraignment on a superseding information.

23        The parties requested an exclusion of time under the Speedy Trial Act from February 14

24 through April 7, 2006 for effective preparation of government counsel.  The case agent, SA Brent

25 Burmester, left ICE on January 20, 2006, and this case has been assigned to a new agent.

26 Meanwhile, the U.S. Postal Inspection Service's forensics laboratory has been assisting ICE in

27 analyzing the defendant's computer.  The review of the computer has not been completed.

28

No. CR 3-05-70327-EDL
[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT

1  In light of the need for government counsel to review the evidence and prepare a
2  superseding information, the parties agree that the time between February 14 and April 7, 2006
3  should be excluded under the Speedy Trial Act for effective preparation and continuity of
4  counsel.  See 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
5  Accordingly, the Court HEREBY ORDERS that the time from February 14 through April
6  7, 2006 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the
7  failure to grant the requested exclusion would deny the government reasonable time necessary for
8  effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. §
9  3161(h)(8)(B)(iv).  The Court further finds that the ends of justice served by granting the
10 requested exclusion outweigh the best interest of the public and the defendant in a speedy trial
11 and in the prompt disposition of criminal cases.  See 18 U.S.C. § 3161(h)(8)(A).  The Court
12 therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).
13 IT IS SO ORDERED.

15 DATED: February 27, 2006
   HONORABLE M. ELENA JAMES
16 UNITED STATES MAGISTRATE JUDGE

18 Approved as to form:

20  /s/ Edward Swanson
   EDWARD SWANSON
21 Attorney for Defendant

23  /s/ Monica Fernandez
   MONICA FERNANDEZ
   Assistant United States Attorney

No. CR 3-05-70327-EDL
[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT            2