KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7065
   FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00272 MHP |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| THOMAS KEITH CASEBEER, | |
| Defendant. | |

    This matter came on the calendar of the Honorable James Larson on April 7, 2006 for status. The Court continued the matter until April 19, 2006 at 9:30 a.m. for further status and/or arraignment on a superseding information.

    The parties requested an exclusion of time under the Speedy Trial Act from April 7 through April 19, 2006 for effective preparation of defense counsel. Defense counsel received a copy of the hard drive from the defendant's computer on or about April 6, 2006 and will need time to review it.

    In light of the need for defense counsel to review the evidence, the parties agree that the

No. CR 06-00272 MHP
[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT

time between April 7 and April 19, 2006 should be excluded under the Speedy Trial Act for effective preparation and continuity of counsel.  See 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

   Accordingly, the Court HEREBY ORDERS that the time from April 7 through April 19, 2006 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that the failure to grant the requested exclusion would deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The Court further finds that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  See 18 U.S.C. § 3161(h)(8)(A).  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

   IT IS SO ORDERED.

DATED: April 25, 2006

HON. _____
CHIEF MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge James Larson*

Approved as to form:

/s/ Edward Swanson
EDWARD SWANSON
Attorney for Defendant

/s/ Monica Fernandez
MONICA FERNANDEZ
Assistant United States Attorney

No. CR 06-00272 MHP
[PROPOSED] ORDER EXCLUDING TIME
UNDER THE SPEEDY TRIAL ACT  2