KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7065
    FAX: (415) 436-7234
    E-mail: Monica.L.Fernandez@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-00272 MHP |
|     Plaintiff, ) | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; [PROPOSED] ORDER |
|     v. ) | |
| THOMAS KEITH CASEBEER, ) | Date: May 8, 2006<br>Time: 10:00 a.m. |
|     Defendant. ) | |

    The parties hereby stipulate, subject to the approval of the Court, as follows:

    The defendant, Thomas Casebeer, was scheduled to appear before this Court on May 8, 2006 for change of plea. The parties are in the process of finalizing the plea agreement.

//

//

No. CR 06-00272 MHP
STIP. TO CONT. CHANGE OF PLEA HRG;
[PROPOSED] ORDER

1 | Therefore, the parties hereby stipulate to continue the change of plea hearing until May 15, 2006 at 10:00 a.m.

IT IS SO STIPULATED.

DATED: May 9, 2006        Respectfully submitted,

KEVIN V. RYAN
United States Attorney


 /s/ Monica Fernandez
MONICA FERNANDEZ
Assistant United States Attorney


DATED: May 9, 2006         /s/ Edward Swanson
EDWARD SWANSON, ESQ.
Counsel for Defendant Casebeer


## ORDER

Pursuant to the parties' stipulation, the change of plea hearing is continued until May 15, 2006 at 10:00 a.m.

IT IS SO ORDERED.

DATED:  May 11 , 2006

HON. MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*

No.  CR 06-00272 MHP
STIP. TO CONT. CHANGE OF PLEA HRG;
[PROPOSED] ORDER                    2