# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

E-Filing

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Docket Number: CR 06-00272-1 MHP |
| Thomas Keith Casebeer | ) | |

## ORDER DESIGNATING A PSYCHIATRIST

ON MOTION OF THE COURT, pursuant to 18 U.S.C. § 3552(c), and good cause appearing, it is hereby ordered that Debra K. Aasmundstad, Chief U. S. Probation Officer of this Court, select and designate a psychiatrist for the purpose of having this defendant examined to assist the Court in determination of sentence.

Date: July 7, 2006

Marilyn Hall Patel
United States District Judge

NDC-PSR-010 12/06/04