FILED

AUG 2 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Edward W. Swanson SBN 159859
   Alexis Haller SBN 201210
2  SWANSON, McNAMARA & HALLER LLP
   300 Montgomery Street, Suite 1100
3  San Francisco, California 94104
   Telephone: (415) 477-3800
4  Facsimile: (415) 477-9010

5  Attorneys for THOMAS KEITH CASEBEER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 06-00272 MHP |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| THOMAS KEITH CASEBEER, | Date: September 18, 2006 |
| Defendant. | Time: 9:00 a.m. |

WHEREAS, this matter is currently scheduled for a sentencing involving defendant Thomas Casebeer on Monday, September 18, 2006, before this Court;

WHEREAS, the Court submitted an Order Designating a Psychiatrist for the purpose of having this defendant examined to assist the Court in determination of sentence on July 7, 2006;

WHEREAS, the parties require additional time to complete and review this psychological evaluation;

WHEREAS, the parties are agreeable to continuing the matter until November 6, 2006 for a sentencing involving this same defendant;

THEREFORE, the parties stipulate and hereby agree that the matter should be continued for sentencing as to the aforementioned defendant until November 6, 2006 at 9:00 a.m.

///
///
///
///

1  IT IS SO STIPULATED.

2

3

4  Date:   August 18, 2006                                       /s/
                                                          EDWARD W. SWANSON
                                                          Swanson, McNamara & Haller LLP
5                                                         Attorney for Defendant MIKE ALI

6

7

8  Date:   August 18, 2006                                       /s/
                                                          ANDREW P. CAPUTO
                                                          Assistant United States Attorney
9

10

11  **IT IS SO ORDERED.**

12  Date:  *August 21, 2006*

13                                                         HONORABLE MARILYN H. PATEL
                                                           UNITED STATES DISTRICT COURT
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order to Continue Hearing
*U.S. v. Casebeer*, Case No. CR 06-00272 MHP                    i