Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for THOMAS KEITH CASEBEER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THOMAS KEITH CASEBEER,<br><br>　　　　　Defendant. | Case No. CR 06-00272 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING**<br><br>Date:　November 6, 2006<br>Time:　9:00 a.m.<br>Court:　Hon. Marilyn H. Patel, Courtroom 15 |

　　　Defendant Thomas Casebeer is currently scheduled to appear for sentencing in the above-captioned matter on November 6, 2006 at 9:00 a.m. Counsel for Mr. Casebeer requests that this matter be continued until November 20, 2006 to allow counsel to obtain additional documents relevant to sentencing and to provide them to United States Probation Officer David Ackerman. Assistant United States Attorney Andrew Caputo and United States Probation Officer David Ackerman have no objection to the continuance.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  The parties therefore agree, and the Court finds and holds, that this matter be set for sentencing
2  on November 20, 2006 at 9:00 a.m.

4  IT IS SO STIPULATED.

Dated: October 13, 2006                     /s/
                                            EDWARD W. SWANSON
                                            Swanson, McNamara & Haller LLP
                                            Attorneys for THOMAS CASEBEER

Dated: October 13, 2006                     /s/
                                            ANDREW CAPUTO
                                            Assistant United States Attorney

Dated: October 13, 2006                     /s/
                                            DAVID ACKERMAN
                                            United States Probation Officer

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/24/2006
                                            _____
                                            MARILYN HALL PATEL
                                            United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

**STIP. AND [PROPOSED] ORDER TO CONTINUE HEARING**
*U.S. v. Casebeer*, Case No. CR 06-00272 MHP     2