Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for THOMAS KEITH CASEBEER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           vs.<br><br>THOMAS KEITH CASEBEER,<br><br>                    Defendant. | Case No. CR 06-00272 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SELF-SURRENDER DATE** |

    Defendant Thomas Casebeer is currently scheduled to surrender on January 26, 2007. The defendant has not been notified by the Bureau of Prisons or the United States Marshals Office of the location to surrender. Counsel for the defendant has been unable to obtain this information. In order to enable Mr. Casebeer to surrender to the designated institution and not have to surrender to the Marshals

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

and then be held at a county facility pending his transfer to the designated institution, the parties agree that his self-surrender date should be postponed one week to February 2, 2007.

IT IS SO STIPULATED.

Dated: January 25, 2007

/s/
EDWARD W. SWANSON
Swanson, McNamara & Haller LLP
Attorneys for THOMAS CASEBEER

Dated: January 25, 2007

/s/
ANDREW CAPUTO
Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:    January 26, 2007

MARILYN HALL PATEL
United States District Judge

STIP. AND [PROPOSED] ORDER TO CONTINUE SELF SURRENDER DATE
*U.S. v. Casebeer*, Case No. CR 06-00272 MHP      2